PETER M. WILLIAMSON, State Bar No. 97309
WILLIAMSON LAW FIRM
20750 Ventura Blvd., Suite 245
Woodland Hills, CA 91364
Tel:   (818) 226-5700
Fax:   (818) 226-5704
Email: pmw@pwilliamsonlaw.com

Attorneys for Plaintiff
OSCAR VIDRIO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VIDRIO,<br><br>     Plaintiff,<br><br>vs.<br><br>WARDEN CONNIE GIPSON, WARDEN DAVE DAVEY and DOES 1 through 25, inclusive,<br><br>     Defendants. | CASE NO.: 1:16-cv-00021-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

## ORDER

Pursuant to the parties' Joint Stipulation to Modify the Scheduling Order (Doc. 26), and for good cause shown, the Court hereby amends the Scheduling Order (Doc. 22) as follows: the parties are ordered to complete all non-expert discovery on or before January 17, 2017.

This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:   **November 4, 2016**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE