# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VIDRIO, | Case No. 1:16-cv-00021-SKO |
|     Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
|    v. | |
| WARDEN CONNIE GIPSON, et al., | |
|     Defendants. | |
| _____/ | |

On May 12, 2016, Plaintiff filed the operative Complaint, in which he alleges that Defendants infringed on Plaintiff's constitution rights by failing to provide medical care. (Doc. 17.) On December 13, 2016, Plaintiff's counsel filed a Motion to Withdraw as Plaintiff's Counsel of Record Without Substitution (the "Motion to Withdraw"). (Doc. 29.)

In its order entered on February 16, 2017, the Court granted the Motion to Withdraw. (Doc. 41.) The Court also noted that Defendants "represented" to the Court "that Plaintiff has not provided the requisite discovery by the deadlines provided in the Scheduling Order for this case." (*Id.*) The Court therefore ordered that, "if Plaintiff wishes to continue litigating this case, then by no later than March 3, 2017, (1) Plaintiff's new counsel shall notice their appearance on behalf of Plaintiff on the docket for this case; or (2) Plaintiff shall file a notice on the docket for this case

that he will proceed to litigate this case *pro se*." (*Id.*)  Finally, the Court cautioned Plaintiff that, if neither of these events occurred by March 3, 2017, "then the Court shall enter an order to show cause as to why this case should not be dismissed." (*Id.*)

To date, no counsel has noticed an appearance on behalf of Plaintiff and Plaintiff has not filed notice on the docket for this case that he will proceed to litigate this case *pro se*. Accordingly, the Court ORDERS that, by no later than March 27, 2017, Plaintiff shall file a statement showing cause why the Court should not dismiss this action. The Court further WARNS Plaintiff that, if he fails to file this statement by March 27, 2017, the Court will dismiss this case, in its entirety.

The Court DIRECTS the Clerk to send a copy of this order to Plaintiff at the address previously provided by his former counsel: 727 East 25th Street, Los Angeles, CA 90011.

IT IS SO ORDERED.

Dated: __**March 8, 2017**__                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE